1

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

3

4

UNITED STATES OF AMERICA,⁣    )
                             ) Case No. 1:15-CR-00157

5

                             )            (RJA)(HKS)

               Plaintiff,    )

6

vs.                          ) February 11th, 2019

7

COREY KRUG,                )

8

               Defendant.    )

9

10

**TRANSCRIPT OF JURY TRIAL TESTIMONY OF ROBERT ROSENSWIE**

11

**BEFORE THE HONORABLE RICHARD J. ARCARA**
**SENIOR UNITED STATES DISTRICT JUDGE**

12

13

<u>APPEARANCES:</u>

14

For the Plaintiff:    JAMES P. KENNEDY, JR.

15

                      UNITED STATES ATTORNEY
                      BY:  JOHN D. FABIAN, ESQ.

16

                          AARON J. MANGO, ESQ.
                      ASSISTANT UNITED STATES ATTORNEYS

17

                      138 Delaware Avenue
                      Buffalo, NY 14202

18

For the Defendant:    CONNORS, LLP

19

                      BY:  TERRANCE M. CONNORS, ESQ.
                          NICHOLAS A. ROMANO, ESQ,

20

                      1000 Liberty Building
                      Buffalo, NY 14202

21

                      LIPSITZ GREEN SCIME CAMBRIA LLP

22

                      BY:  HERBERT L. GREENMAN, ESQ.
                      42 Delaware Avenue, Suite 300

23

                      Buffalo, NY 14202

24

Court Reporter:       MEGAN E. PELKA, RPR
                      Robert H. Jackson Courthouse

25

                      2 Niagara Square
                      Buffalo, NY 14202

| | | |
|---|---|---|
| 02:51PM | 1 | (The jury entered the room at 2:51 p.m.) |
| 02:51PM | 2 | THE COURT:  All right.  Mr. Mango? |
| 02:51PM | 3 | MR. MANGO:  Thank you, Judge.  The government would |
| 02:51PM | 4 | next call Inspector Robert Rosenswie.  He's witness number 17 |
| 02:51PM | 5 | on your list, Judge. |
| 02:52PM | 6 | THE CLERK:  Please state your full name and spell |
| 02:52PM | 7 | your last name for the record. |
| 02:52PM | 8 | THE WITNESS:  Robert Rosenswie, R-O-S-E-N-S-W-I-E. |
| 02:52PM | 9 | (The witness was sworn at 2:52 p.m.) |
| 02:52PM | 10 | MR. MANGO:  May I proceed, Your Honor? |
| 02:53PM | 11 | THE COURT:  Yes, please. |
| 02:53PM | 12 | |
| 02:53PM | 13 | DIRECT EXAMINATION |
| 02:53PM | 14 | |
| 02:53PM | 15 | BY MR. MANGO: |
| 02:53PM | 16 | Q.  Good afternoon. |
| 02:53PM | 17 | A.  Good afternoon. |
| 02:53PM | 18 | Q.  Can you please tell the jury how you are currently |
| 02:53PM | 19 | employed? |
| 02:53PM | 20 | A.  I'm an inspector with the Buffalo Police Department. |
| 02:53PM | 21 | I've been employed for about 23 and a half years. |
| 02:53PM | 22 | Q.  Twenty-three and a half years with the Buffalo Police |
| 02:53PM | 23 | Department? |
| 02:53PM | 24 | A.  Yes. |
| 02:53PM | 25 | Q.  How long have you been an inspector? |

| 02:53PM | 1 | A.  About a year. |
| 02:53PM | 2 | Q.  And walk us through the different positions you've held |
| 02:53PM | 3 | at the Buffalo Police Department, what you started with and |
| 02:53PM | 4 | then what you were promoted to. |
| 02:53PM | 5 | A.  Started as a police officer.  I was a detective for a |
| 02:53PM | 6 | short time, a lieutenant, a captain and now inspector. |
| 02:53PM | 7 | Q.  Where does inspector fall on the hierarchy of civil |
| 02:53PM | 8 | service positions you can obtain at the Buffalo Police |
| 02:53PM | 9 | Department? |
| 02:53PM | 10 | A.  The highest. |
| 02:53PM | 11 | Q.  How many inspectors are there at the Buffalo Police |
| 02:53PM | 12 | Department? |
| 02:53PM | 13 | A.  I believe there's four right now. |
| 02:53PM | 14 | Q.  And are you -- as an inspector, are you assigned to a |
| 02:54PM | 15 | particular unit or division? |
| 02:54PM | 16 | A.  Yes, Internal Affairs Division. |
| 02:54PM | 17 | Q.  And that might be referred to as IAD as well? |
| 02:54PM | 18 | A.  Yes. |
| 02:54PM | 19 | Q.  All right.  How long -- I'm sorry.  What are your job |
| 02:54PM | 20 | duties as an inspector at Internal Affairs, if you could tell |
| 02:54PM | 21 | the jury? |
| 02:54PM | 22 | A.  When complaints come in against police officers, we |
| 02:54PM | 23 | investigate them. |
| 02:54PM | 24 | Q.  And how many people do you supervise there? |
| 02:54PM | 25 | A.  There's about nine, ten I believe. |

| | | |
|---|---|---|
| 02:54PM | 1 | Q.  Is it all police officers or are there other positions |
| 02:54PM | 2 | and ranks? |
| 02:54PM | 3 | A.  Yeah, there's other positions and ranks. |
| 02:54PM | 4 | Q.  Okay.  How does IAD begin an investigation against an |
| 02:54PM | 5 | officer or some other member of the Buffalo Police |
| 02:54PM | 6 | Department? |
| 02:54PM | 7 | A.  Usually, if a complaint comes in, we would look into it, |
| 02:54PM | 8 | investigate it. |
| 02:54PM | 9 | Q.  And when an investigation begins, what documents does IAD |
| 02:54PM | 10 | obtain and/or review during their investigation? |
| 02:55PM | 11 | A.  It's, I guess, case specific depending on what we're |
| 02:55PM | 12 | investigating. |
| 02:55PM | 13 | Q.  Okay.  You can explain a little more.  What if an arrest |
| 02:55PM | 14 | is made? |
| 02:55PM | 15 | A.  We would get arrest documents, those kind of things. |
| 02:55PM | 16 | Q.  Okay.  So, arrest paperwork? |
| 02:55PM | 17 | A.  Yes. |
| 02:55PM | 18 | Q.  How about if use of force forms are submitted by an |
| 02:55PM | 19 | officer? |
| 02:55PM | 20 | A.  Yes.  We would collect those as well. |
| 02:55PM | 21 | Q.  Are any other investigative steps conducted in terms of |
| 02:55PM | 22 | interviewing people? |
| 02:55PM | 23 | A.  Yes.  We would interview the complainant or witnesses, |
| 02:55PM | 24 | whether the officer and the civilian witnesses. |
| 02:55PM | 25 | Q.  Now, does the Buffalo Police Department have a set of |

02:55PM    1    procedures that officers are expected to follow?

02:55PM    2    A.   Yeah.   We have a Manual of Procedures.

02:56PM    3    Q.   Okay.   And we've heard that, MOP?

02:56PM    4    A.   Yes.

02:56PM    5    Q.   And is there a section in the MOP involving arrests?

02:56PM    6    A.   Yes.

02:56PM    7    Q.   And in that chapter dealing with arrests, is there a

02:56PM    8    section dealing with the use of force?

02:56PM    9    A.   Yes, there is.

02:56PM   10    Q.   And in that use of force section, does it address the

02:56PM   11    Fourth Amendment to the U.S. Constitution at all?

02:56PM   12    A.   Yes, it does.

02:56PM   13    Q.   How does it do so?

02:56PM   14    A.   Something to the effect that force must be reasonable and

02:56PM   15    consistent with the Fourth Amendment.

02:56PM   16    Q.   Now, you mentioned during an investigation the Internal

02:56PM   17    Affairs Department would obtain use of force forms if any

02:56PM   18    were created, is that right?

02:56PM   19    A.   Yes.

02:56PM   20    Q.   Why does Internal Affairs look at that use of force form?

02:56PM   21    A.   We would just use it for statistic reasons and we have a

02:56PM   22    database that it's entered in.

02:56PM   23    Q.   Does the fact that a use of force form gets created, does

02:57PM   24    that automatically then come to the IAD?

02:57PM   25    A.   At some point it would come to us, yes.

ROSENSWIE -- BY MR. MANGO -- 2/11/19

5

| | | |
|---|---|---|
| 02:57PM | 1 | Q.  So, all use of force forms come to IAD at some point? |
| 02:57PM | 2 | A.  Yes. |
| 02:57PM | 3 | Q.  And are use of force forms tracked within the Buffalo |
| 02:57PM | 4 | Police Department Internal Affairs? |
| 02:57PM | 5 | A.  Yes, they are. |
| 02:57PM | 6 | Q.  Why are they tracked? |
| 02:57PM | 7 | A.  Just to monitor officers. |
| 02:57PM | 8 | Q.  And can you tell the jury a little bit about how the |
| 02:57PM | 9 | forms are tracked? |
| 02:57PM | 10 | A.  Well, if -- as they come in, if a certain number come in, |
| 02:57PM | 11 | there would be -- an alert would be -- would go off. |
| 02:57PM | 12 | Q.  So, if a certain number of forms come in, there would be |
| 02:57PM | 13 | an alert that would go off? |
| 02:57PM | 14 | A.  Yes. |
| 02:57PM | 15 | Q.  Now, that would be by the same officer? |
| 02:57PM | 16 | A.  Right. |
| 02:57PM | 17 | Q.  Okay.  So, do you know, is there a time period associated |
| 02:58PM | 18 | with that? |
| 02:58PM | 19 | A.  Within a year's time, normally. |
| 02:58PM | 20 | Q.  So, a 12-month period of time? |
| 02:58PM | 21 | A.  Yes.  It's a rotating -- not rotating, but like, a |
| 02:58PM | 22 | daily -- I'd say, go from today backdated. |
| 02:58PM | 23 | Q.  And in that given 12-month period of time, how many use |
| 02:58PM | 24 | of force reports need to be submitted by an officer in that |
| 02:58PM | 25 | 12-month period for an alert to be created? |

02:58PM   1   A.   Five.

02:58PM   2   Q.   And then, what happens if five use of force forms are

02:58PM   3   submitted during that period of time?

02:58PM   4   A.   At some point, that information would go to a commander

02:58PM   5   of the unit and that would, you know -- could be addressed at

02:58PM   6   that level.

02:58PM   7   Q.   So, the commander of a unit say -- who would be the

02:58PM   8   commander of the unit of the Housing Division?

02:58PM   9   A.   There's a chief in charge of housing.

02:58PM   10   Q.   So, IAD would then present that information to the chief

02:59PM   11   of housing?

02:59PM   12   A.   Yes.

02:59PM   13   Q.   And what normally takes place at that point?

02:59PM   14   A.   The chief would take care of it within, you know --

02:59PM   15   address it as he sees fit.

02:59PM   16   Q.   Would that include having a discussion with the officer

02:59PM   17   that submitted the form?

02:59PM   18   A.   It could, yes.

02:59PM   19   Q.   Now, prior to your testimony here today, did you have the

02:59PM   20   ability to review the Internal Affairs Department files for

02:59PM   21   the Marcus Worthy incident that occurred on August 29th,

02:59PM   22   2010?

02:59PM   23   A.   Yes.

02:59PM   24   Q.   Okay.  And how about the Internal Affairs Department file

02:59PM   25   for the Daniel Rashada incident that occurred on February

ROSENSWIE -- BY MR. MANGO -- 2/11/19

7

02:59PM  1  4th, 2011?

02:59PM  2  A.  Yes, I did.

02:59PM  3  Q.  And then finally the Devin Ford incident that occurred on

02:59PM  4  November 27th, 2014, did you review that IAD file?

03:00PM  5  A.  Yes.

03:00PM  6  Q.  And are there three IAD files for each of those three

03:00PM  7  individuals I mentioned?

03:00PM  8  A.  Yes.

03:00PM  9  Q.  Now, in those files, did you locate any use of force

03:00PM  10  forms created by an officer by the name of Corey Krug?

03:00PM  11  A.  Yes.

03:00PM  12  Q.  How many did you find?

03:00PM  13  A.  I found one.

03:00PM  14  Q.  Okay.  Do you recall what matter that was for?

03:00PM  15  A.  I think that was for defendant Worthy.

03:00PM  16      MR. MANGO:  Okay.  We'll pull up Government Exhibit

03:00PM  17  22 if we could, Ms. Kingston, maybe the top half.  Yes.

03:00PM  18  BY MR. MANGO:

03:00PM  19  Q.  This is just showing you the top half of the first page

03:00PM  20  of Government Exhibit 22.  Is this the use of force report

03:00PM  21  form that you found?

03:00PM  22  A.  Yes.

03:00PM  23  Q.  And it lists a subject name of Worthy?

03:00PM  24  A.  Yes.

03:00PM  25  Q.  Now, for the Daniel Rashada matter and in that file, did

03:00PM   1   you find any use of force forms?

03:01PM   2   A.  I did not.

03:01PM   3   Q.  All right.  And how about for the Devin Ford matter, in

03:01PM   4   that IAD file, did you find any use of force forms?

03:01PM   5   A.  No.

03:01PM   6   Q.  And that form that I showed you already for the Marcus

03:01PM   7   Worthy incident, you mentioned you only found one form?

03:01PM   8   A.  That's the only one I found in the file, yes.

03:01PM   9   Q.  Okay.  You didn't find any amended or supplemental forms?

03:01PM   10      MR. ROMANO:  Objection, Your Honor.  Asked and

03:01PM   11   answered.

03:01PM   12      THE COURT:  Overruled.

03:01PM   13   BY MR. MANGO:

03:01PM   14   Q.  You can answer.  Did you find any amended or corrected of

03:01PM   15   supplemental forms?

03:01PM   16   A.  I did not, no.

03:01PM   17   Q.  Now, you mentioned you reviewed the IAD file for Daniel

03:01PM   18   Rashada's incident?

03:01PM   19   A.  Yes.

03:01PM   20   Q.  I'm going to show you two documents.

03:01PM   21      MR. MANGO:  If I could just have a moment, Judge?

03:02PM   22   BY MR. MANGO:

03:02PM   23   Q.  I'm showing you what's marked Government Exhibit 33.

03:02PM   24   Inspector, do you see that form that you have?

03:02PM   25   A.  Yes.

03:02PM 1   Q. Just generally, what is that form?

03:02PM 2   A. It's an arrest form.

03:02PM 3   Q. Is this a standard form that's completed during an arrest

03:02PM 4   of a subject?

03:02PM 5   A. Yes.

03:02PM 6   Q. Did you see this form previously in your review of the

03:02PM 7   Rashada file?

03:02PM 8   A. I can't recall for certain, but it should have been in

03:03PM 9   the file.

03:03PM 10   Q. Okay. Do you see what name it lists for arresting

03:03PM 11   officer at the top?

03:03PM 12   A. Yes.

03:03PM 13   Q. Who is that?

03:03PM 14   A. Officer Krug. Corey Krug.

03:03PM 15   Q. Okay. And the subject name, does that list Daniel

03:03PM 16   Rashada?

03:03PM 17   A. It's defendant Daniel Rashada.

03:03PM 18   Q. Okay. And what's the purpose of a form like this?

03:03PM 19   A. This is just to collect data regarding the arrest.

03:03PM 20         MR. MANGO: Judge, I would move Government Exhibit 33

03:03PM 21   into evidence.

03:03PM 22         MR. ROMANO: Mr. Mango, may I see it again, please?

03:03PM 23         MR. MANGO: Absolutely.

03:03PM 24         MR. ROMANO: No objection, Your Honor.

03:04PM 25         THE COURT: All right. It will be received.

| | | |
|---|---|---|
| 03:04PM | 1 | (Government Exhibit 33 was received in evidence.) |
| 03:04PM | 2 | |
| 03:04PM | 3 | MR. MANGO:  I'd ask it be published for the jury, |
| 03:04PM | 4 | Judge. |
| 03:04PM | 5 | THE COURT:  All right. |
| 03:04PM | 6 | BY MR. MANGO: |
| 03:04PM | 7 | Q.  Now, independently sitting here today Inspector, do you |
| 03:04PM | 8 | know whose handwriting this is? |
| 03:04PM | 9 | A.  I'm not sure. |
| 03:04PM | 10 | Q.  Okay.  Is this one of the or a type of form that IAD |
| 03:04PM | 11 | would review during an investigation of -- that would be |
| 03:04PM | 12 | conducted by IAD? |
| 03:04PM | 13 | A.  Generally, we would get this information, yes. |
| 03:04PM | 14 | Q.  Are you familiar with what a form P-3 is at the Buffalo |
| 03:04PM | 15 | Police Department? |
| 03:04PM | 16 | A.  Yes. |
| 03:04PM | 17 | Q.  What are form P-3s? |
| 03:04PM | 18 | A.  It's a payroll form. |
| 03:05PM | 19 | Q.  Okay.  And would it show whether an officer was actually |
| 03:05PM | 20 | working and being paid in a given shift? |
| 03:05PM | 21 | A.  Yes. |
| 03:05PM | 22 | Q.  And do you rely on those P-3s as part of your |
| 03:05PM | 23 | investigation? |
| 03:05PM | 24 | A.  Yes. |
| 03:05PM | 25 | Q.  Prior to testifying here today, were you asked to obtain |

03:05PM 1    the P-3s for the three incidents; the Worthy, the Rashada and

03:05PM 2    the Ford incident?

03:05PM 3    A.  Yes.

03:05PM 4         MR. MANGO:  Judge, if I could just have a moment?

03:06PM 5    BY MR. MANGO:

03:06PM 6    Q.  I'm going to approach, Inspector and show you Government

03:06PM 7    6A, Government 6B and Government 6C and just based on what

03:06PM 8    those forms are, Government -- well, first, what are those

03:06PM 9    forms?

03:06PM 10   A.  These are P-3s that you mentioned.

03:06PM 11   Q.  Okay.  And these are the ones you obtained?

03:06PM 12   A.  Yes.

03:06PM 13        MR. MANGO:  Judge, I would move these into evidence.

03:06PM 14        MR. ROMANO:  We have no objection, Your Honor.

03:06PM 15        THE COURT:  All right.  They'll be received.

03:06PM 16   (Government Exhibits 6A, 6B and 6C were received in evidence.)

03:06PM 17

03:06PM 18   BY MR. MANGO:

03:06PM 19   Q.  If we can start and publish please, Government Exhibit

03:06PM 20   6A?  Do you see at the top, Inspector, just with reference to

03:06PM 21   6A, what date this P-3 is for?

03:06PM 22   A.  August 29th, 2010.

03:06PM 23   Q.  And do you know what shift it is for?

03:06PM 24   A.  MP4 shift.

03:06PM 25   Q.  Okay.  And what does that mean to you, MP4?

03:06PM    1    A.  This is just the name of the tour.  It would be the

03:07PM    2    afternoon shift.

03:07PM    3    Q.  All right.  And if we can come out of this and maybe on

03:07PM    4    the second page, do you see anybody's name listed there as

03:07PM    5    Corey Krug?

03:07PM    6    A.  Yes.

03:07PM    7    Q.  And what would it indicate in term of hours worked?

03:07PM    8    A.  1530 to 0130 hours.

03:07PM    9    Q.  And is there any overtime that was authorized?

03:07PM   10    A.  Yes.

03:07PM   11    Q.  What hours were those for?

03:07PM   12    A.  0130 to 0300 hours.

03:07PM   13    Q.  And if we could just zoom down out of that, is there a

03:07PM   14    car or post listed for officer Corey Krug that's on this

03:07PM   15    form?

03:07PM   16    A.  Yes.

03:07PM   17    Q.  What is it?

03:07PM   18    A.  440.  Looks like Housing 440.

03:07PM   19    Q.  And if you look down at the bottom of the form, a couple

03:08PM   20    officers below, is there another officer that had the same

03:08PM   21    440 designation?

03:08PM   22    A.  Yes.

03:08PM   23    Q.  Who is that?

03:08PM   24    A.  Officer William Macy.

03:08PM   25    Q.  So, if they've got the same car, what does that mean to

ROSENSWIE -- BY MR. MANGO -- 2/11/19

13

03:08PM   1   you?

03:08PM   2   A.   They were probably in the car together.

03:08PM   3   Q.   They were partners that night?

03:08PM   4   A.   Yes.

03:08PM   5   Q.   Now, the third page of this is -- what's the third page

03:08PM   6   of this document you're looking at?

03:08PM   7   A.   They're copies of overtime slips.

03:08PM   8   Q.   All right.  And those were approved?

03:08PM   9   A.   Yes.

03:08PM  10   Q.   If we can go to Government Exhibit 6B, what shift is this

03:08PM  11   for, date and then what's the tour?

03:08PM  12   A.   Again, this is MP4, February 4th, 2011, 1530 to 0130

03:08PM  13   hours.

03:08PM  14   Q.   Okay.  And on the second page of this document as well,

03:08PM  15   does it show that Officer Corey Krug worked on that day?

03:09PM  16   A.   Yes.

03:09PM  17   Q.   Again, hours?

03:09PM  18   A.   1530 to 0130 hours.

03:09PM  19   Q.   And zooming out, did the car assignment appear on this

03:09PM  20   form?

03:09PM  21   A.   On this one, no.

03:09PM  22   Q.   And then finally, if you can look at Government Exhibit

03:09PM  23   6C and we could pull that up, what's the date and tour for

03:09PM  24   this?

03:09PM  25   A.   11/27/2014, MP4, 1530 to 0130 hours.

03:09PM  1  Q.  And is there an individual listed by the name of Corey

03:09PM  2  Krug on this form?

03:09PM  3  A.  Yes.

03:09PM  4  Q.  And if you go to the last page of this document, was

03:09PM  5  overtime submitted?

03:10PM  6  A.  Yes.

03:10PM  7        MR. MANGO:  Judge, if I could just have a moment?

03:10PM  8  We'll just use the electronic --

03:10PM  9  BY MR. MANGO:

03:10PM  10  Q.  Inspector, I'm going to show you the last page of

03:10PM  11  Government Exhibit 6C, sort of a grayed out box there.  Is

03:10PM  12  that overtime that was authorized for an officer by the name

03:10PM  13  of Corey Krug?

03:10PM  14  A.  Yes.

03:11PM  15        MR. MANGO:  Judge, if I could just have a moment?

03:12PM  16  BY MR. MANGO:

03:12PM  17  Q.  Inspector, I'm going to show you one last form,

03:12PM  18  Government Exhibit 32.  It's not in evidence yet.  Just going

03:12PM  19  back to the Rashada incident, you mentioned you looked

03:12PM  20  through the IAD file for that.  Is this a document that you

03:12PM  21  would have come across?

03:12PM  22  A.  Yes.

03:12PM  23  Q.  Okay.  And what is this form?  What type of form is it?

03:12PM  24  A.  This was pretty much a typed up version of the arrest

03:12PM  25  booking form.

03:12PM  1  Q.  And does IAD use information contained on this form as

03:13PM  2  well during an investigation?

03:13PM  3  A.  Yes.

03:13PM  4  Q.  And does it list an arresting officer in the middle box?

03:13PM  5  A.  Yes, it does.

03:13PM  6  Q.  Who is that?

03:13PM  7  A.  Officer Corey Krug.

03:13PM  8  Q.  All right.  And does it list Mr. Rashada's name in the

03:13PM  9  upper left?

03:13PM 10  A.  Yes, it does.

03:13PM 11          MR. MANGO:  Judge, I would move to admit Government

03:13PM 12  Exhibit 32 into evidence.

03:13PM 13          MR. ROMANO:  No objection, Your Honor.

03:13PM 14          THE COURT:  All right.  It will be received.

03:13PM 15  (Government Exhibit 32 was received in evidence.)

03:13PM 16

03:13PM 17          MR. MANGO:  And we'll just publish it for the jury.

03:13PM 18  BY MR. MANGO:

03:13PM 19  Q.  And so, this is the arresting booking report for

03:13PM 20  Mr. Rashada's arrest, is that right?

03:13PM 21  A.  Yes.

03:13PM 22          MR. MANGO:  Thank you, Inspector.  Nothing else.  I'm

03:13PM 23  just going to retrieve the exhibits.

03:14PM 24

03:14PM 25

03:14PM   1                        CROSS-EXAMINATION

03:14PM   2

03:14PM   3    BY MR. ROMANO:

03:14PM   4    Q.   Good afternoon, Inspector.

03:14PM   5    A.   Sir, how are you?

03:14PM   6    Q.   Now, Inspector, you were asked some questions on direct

03:14PM   7    examination regarding the internal alert system with respect

03:14PM   8    to use of force forms, is that right?

03:14PM   9    A.   Yes, sir.

03:14PM  10    Q.   The simple fact that an alert is raised does not mean

03:14PM  11    that the police officer acted improperly, correct?

03:14PM  12    A.   That's correct.

03:14PM  13    Q.   And could you explain why that's true?

03:14PM  14    A.   Police officers can use force in concern situations and

03:14PM  15    it's just a way to track if we have that force.

03:14PM  16    Q.   And using force is part of the job as a police officer,

03:15PM  17    isn't it?

03:15PM  18    A.   Yes.

03:15PM  19    Q.   It's authorized under our laws for a police officer to

03:15PM  20    complete its duties, true?

03:15PM  21    A.   Yes.

03:15PM  22    Q.   Aren't there non-reportable uses of force?  I'll ask a

03:15PM  23    better question.  Are there certain kinds of force that a

03:15PM  24    police officer is trained to use in which they do not need to

03:15PM  25    complete a use of force form?

03:15PM    1    A.  There's certain -- in our force continuum, there's

03:15PM    2    certain levels that we do not have to, yes.

03:15PM    3    Q.  Again, dehanding techniques?

03:15PM    4    A.  Yes.

03:15PM    5    Q.  You don't have to complete a use of force form?

03:15PM    6    A.  Correct.

03:15PM    7    Q.  And if a police officer effectuates an arrest without

03:15PM    8    those specific reportable uses of force, the use of force

03:15PM    9    form does not need to be completed, isn't that right?

03:15PM   10    A.  Yes.

03:15PM   11    Q.  You also testified, Inspector, on direct about the

03:16PM   12    complaint system in Internal Affairs, isn't that right?

03:16PM   13    A.  Yes.

03:16PM   14    Q.  Now, would you say that, in the normal course of

03:16PM   15    business, IAD receives complaints from citizens?

03:16PM   16    A.  Yes, we do.

03:16PM   17    Q.  You also open up a complaint when there's a civil lawsuit

03:16PM   18    filed, correct?

03:16PM   19    A.  Yes.

03:16PM   20    Q.  And just because a complaint is filed does not mean that

03:16PM   21    a police officer has done anything wrong?

03:16PM   22    A.  That's right, yes.

03:16PM   23    Q.  In fact, Inspector, isn't it more often than not that

03:16PM   24    those complaints are unsubstantiated?

03:16PM   25         MR. MANGO:  Objection, Judge.

03:16PM   1          THE COURT:  Sustained.

03:16PM   2   BY MR. ROMANO:

03:16PM   3   Q.  Inspector, you testified on direct that you're aware of a

03:16PM   4   complaint filed by Daniel Rashada, is that right?

03:16PM   5   A.  Yes, sir.

03:16PM   6   Q.  And your understanding is the complaint was filed against

03:16PM   7   Officer Krug?

03:16PM   8   A.  Yes.

03:17PM   9   Q.  Are you also aware that a complaint was filed against

03:17PM  10   William Rezabek?

03:17PM  11          MR. MANGO:  Objection.  Judge, it was a civil lawsuit

03:17PM  12   filed.  I think we're just using the wrong term here.

03:17PM  13          THE COURT:  Overruled.  We'll hear it.

03:17PM  14   BY MR. ROMANO:

03:17PM  15   Q.  Are you aware, Inspector, that an IAD file was opened in

03:17PM  16   connection with police officer William Rezabek?

03:17PM  17   A.  I believe he was on that file, yes.

03:17PM  18   Q.  When Mr. Rashada filed his civil lawsuit against the City

03:17PM  19   of Buffalo, the Buffalo Police Department, Officer Krug and

03:17PM  20   Officer Rezabek, IAD opened an investigation against Officer

03:17PM  21   Krug and Officer Rezabek, correct?

03:17PM  22   A.  That was a long time before I got there, so I don't know

03:17PM  23   exactly how the complaint originated.

03:17PM  24   Q.  You would agree that a civil lawsuit would open up an

03:17PM  25   investigation with IAD?

03:17PM 1    A.   Yes.

03:17PM 2    Q.   And that is no indication that the officer has done

03:17PM 3    anything wrong?

03:17PM 4             MR. MANGO:   Objection.   Asked and answered.

03:17PM 5             THE COURT:   Overruled.   You may answer.

03:17PM 6             THE WITNESS:   Could you repeat that, please?

03:18PM 7    BY MR. ROMANO:

03:18PM 8    Q.   The simple fact that IAD opens an investigation is not an

03:18PM 9    indication in any way, shape or form the officer has done

03:18PM 10   anything wrong?

03:18PM 11   A.   That's correct, yes.

03:18PM 12            MR. ROMANO:   May I just have one moment, Your Honor?

03:18PM 13   Thank you, Inspector.   No further questions, Your Honor.

03:18PM 14            MR. MANGO:   Nothing further, Judge.   Thank you.

03:18PM 15            THE COURT:   All right.   Thank you, sir.

16   (The witness was excused at 3:18 p.m.)

17

18

19

20

21

22

23

24

25

1              *    *    *    *    *    *    *

2

3              I certify that the foregoing is a

4        correct transcription of the proceedings

5        recorded by me in this matter.

6

7

8

9                          s/ Megan E. Pelka, RPR

10                         Court Reporter,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25