1          **UNITED STATES DISTRICT COURT**
           **WESTERN DISTRICT OF NEW YORK**
2


3
   UNITED STATES OF AMERICA,        )
4                                   ) Case No. 1:15-CR-00157
                                    )              (RJA)(HKS)
5                 Plaintiff,        )
                                    )
6    vs.                            ) July 18th, 2019
                                    )
7    COREY KRUG,                    )
                                    )
8                 Defendant.        )

9


10        **TRANSCRIPT OF JURY TRIAL TESTIMONY OF ANDRE LLOYD**
            **BEFORE THE HONORABLE RICHARD J. ARCARA**
11            **SENIOR UNITED STATES DISTRICT JUDGE**

12


13   <u>APPEARANCES:</u>

14   For the Plaintiff:    JAMES P. KENNEDY, JR.
                           UNITED STATES ATTORNEY
15                         BY:   JOHN D. FABIAN, ESQ.
                                 AARON J. MANGO, ESQ.
16                         ASSISTANT UNITED STATES ATTORNEYS
                           138 Delaware Avenue
17                         Buffalo, NY 14202

18   For the Defendant:    CONNORS, LLP
                           BY:   TERRANCE M. CONNORS, ESQ.
19                               NICHOLAS A. ROMANO, ESQ,
                           1000 Liberty Building
20                         Buffalo, NY 14202

21                         LIPSITZ GREEN SCIME CAMBRIA LLP
                           BY:  HERBERT L. GREENMAN, ESQ.
22                         42 Delaware Avenue, Suite 300
                           Buffalo, NY 14202
23
     Court Reporter:       MEGAN E. PELKA, RPR
24                         Robert H. Jackson Courthouse
                           2 Niagara Square
25                         Buffalo, NY 14202

04:08PM

# I N D E X

WITNESSES                                                          PAGE

GOVERNMENT

ANDRE LLOYD
        Direct Examination by Mr. Mango                              2
        Cross Examination by Mr. Romano                             11

# E X H I B I T S

DEFENDANT'S

        Exhibit 117                                                 22
        Exhibit 118                                                 22
        Exhibit 119                                                 22
        Exhibit 120                                                 22

|          |    |                                                       |
|----------|----|-------------------------------------------------------|
|          | 1  | (The jury is present.)                                |
|          | 2  |         THE COURT:  Next witness, Mr. Mango.           |
| 04:08PM  | 3  |         MR. MANGO:  Yes, Judge.  The government would call |
| 04:08PM  | 4  | Lieutenant Andre Lloyd.  He is witness number 10 on the list, |
| 04:08PM  | 5  | Judge.                                                 |
| 04:09PM  | 6  |         THE CLERK:  Please state your full name and spell |
| 04:09PM  | 7  | your last name for the record.                        |
| 04:09PM  | 8  |         THE WITNESS:  Andre Lloyd, L-L-O-Y-D.          |
| 04:09PM  | 9  |         THE CLERK:  Thank you.  Also, spell your first name. |
| 04:09PM  | 10 |         THE WITNESS:  Andre, A-N-D-R-E.                |
| 04:09PM  | 11 | (The witness was sworn at 4:09 p.m.)                  |
| 04:10PM  | 12 |         MR. MANGO:  Your Honor, may I proceed?         |
| 04:10PM  | 13 |         THE COURT:  Yes, please.                       |
| 04:10PM  | 14 |                                                       |
| 04:10PM  | 15 |                   DIRECT EXAMINATION                   |
| 04:10PM  | 16 |                                                       |
| 04:10PM  | 17 | BY MR. MANGO:                                          |
| 04:10PM  | 18 | Q.  Good afternoon.                                    |
| 04:10PM  | 19 | A.  Good afternoon.                                    |
| 04:10PM  | 20 | Q.  Can you please tell the jury how you're currently  |
| 04:10PM  | 21 | employed?                                              |
| 04:10PM  | 22 | A.  I'm currently employed as a lieutenant with the Buffalo |
| 04:10PM  | 23 | Police Department.                                     |
| 04:10PM  | 24 | Q.  And how long in total have you been with the police |
| 04:10PM  | 25 | department, Lieutenant Lloyd?                          |

LLOYD  --  MR. MANGO  --  7/18/19

04:10PM   1   A.  Approximately 10 and a half years.

04:10PM   2   Q.  And how long have you been a lieutenant?

04:10PM   3   A.  Approximately three years.

04:10PM   4   Q.  And are you assigned to any particular unit or division

04:10PM   5   at the -- it's the Buffalo Police Department?

04:10PM   6   A.  Correct.  I'm currently assigned to the Buffalo Police

04:10PM   7   Internal Affairs Division.

04:10PM   8   Q.  Does that sometimes go by the initials, IAD?

04:10PM   9   A.  Yes.

04:10PM  10   Q.  Can you tell the jurors what your job duties are as a

04:10PM  11   lieutenant at IAD?

04:10PM  12   A.  My job duties are to investigate complaints of officer

04:10PM  13   misconduct or department employee misconduct.

04:11PM  14   Q.  How does IAD open an investigation against another

04:11PM  15   officer?

04:11PM  16   A.  Typically a complaint comes in from either an internal or

04:11PM  17   outside source.  What we do is, we gather as much information

04:11PM  18   in order to investigate those complaints.  And those can

04:11PM  19   include crime reports, taking statements from witnesses or

04:11PM  20   officer's audio recorded statements, use of force reports,

04:11PM  21   things of that nature.

04:11PM  22   Q.  Now, we'll talk about the use of force reports in a

04:11PM  23   minute.  Does the Buffalo Police Department have a set of

04:11PM  24   procedures that officers are expected to follow?

04:11PM  25   A.  Yes.  We have a Manual of Procedures.

04:11PM  1   Q.  And in that Manual of Procedures is there a chapter

04:11PM  2   dealing with arrest, if you know?

04:11PM  3   A.  Yes, there is.

04:11PM  4   Q.  And in that arrest chapter, is there a section dealing

04:12PM  5   with use of force?

04:12PM  6   A.  Yes.  Yes, there is.

04:12PM  7   Q.  Does the Manual of Procedures -- or MOP some people call

04:12PM  8   it, is that right?

04:12PM  9   A.  Correct.

04:12PM  10  Q.  Does the MOP use of force policy address the Fourth

04:12PM  11  Amendment to the U.S. Constitution and how that factors in?

04:12PM  12  A.  Yes, our use of force policy states that, you know, sort

04:12PM  13  of paraphrasing.  I don't have it in front of me, but

04:12PM  14  something to the fact that force has to be reasonable

04:12PM  15  because, you know, force being a form of seizure.  And we

04:12PM  16  know the Fourth Amendment is the citizens' protected right

04:12PM  17  against seizure.  Force, being a form of seizure, it has to

04:12PM  18  be reasonable, you know, if the police officer uses it.

04:12PM  19  Q.  Okay.  Now, you mentioned during an investigation, IAD

04:12PM  20  would obtain use of force forms if ones were created, is that

04:13PM  21  right?

04:13PM  22  A.  Correct.

04:13PM  23  Q.  Just briefly tell the jury what a use of force form is.

04:13PM  24  A.  A use of force form is a form that's used to track any

04:13PM  25  use of force by an officer on a citizen.  It's usually gone

04:13PM    1    through our blue team system, which is a system used by

04:13PM    2    officers nationally to kind of track use of force incidents.

04:13PM    3    Q.  And generally, when is a use of force form required to be

04:13PM    4    filled out?

04:13PM    5    A.  I don't have the book in front of me but from what I can

04:13PM    6    recall, use of force forms are generally used if you make an

04:13PM    7    arrest -- an officer makes an arrest of a citizen and he has

04:13PM    8    to charge that citizen with resisting arrest, he would do a

04:13PM    9    use of force form.  Additionally, if any time an officer uses

04:14PM   10    physical force or deadly force, an officer would have to use

04:14PM   11    a use of force form.  In addition, if they use -- if they

04:14PM   12    employ their cap agent, which is a chemical agent.  So, those

04:14PM   13    would some of the occasions that I can recall.

04:14PM   14    Q.  Okay.  Irrespective of an arrest, if use of force is used

04:14PM   15    against somebody, one of these forms needs to be filled out?

04:14PM   16            MR. ROMANO:  Objection, Your Honor.

04:14PM   17            THE COURT:  Overruled.

04:14PM   18            THE WITNESS:  If physical or deadly force is used,

04:14PM   19    you know.

04:14PM   20    BY MR. MANGO:

04:14PM   21    Q.  Would physical force include striking someone with an

04:14PM   22    impact weapon?

04:14PM   23            MR. ROMANO:  Objection, Your Honor.  This calls for

04:14PM   24    improper opinion.

04:14PM   25            THE COURT:  Give an opinion?  He's giving testimony

04:14PM   1    as to what he's knows.

04:14PM   2            MR. ROMANO:  It's opinion --

04:14PM   3            THE COURT:  Overruled.  You may answer, sir.

04:14PM   4            THE WITNESS:  Yes.  If an officer strikes a citizen

04:14PM   5    with an impact weapon, a use of force form would be created.

04:15PM   6    BY MR. MANGO:

04:15PM   7    Q.  And a police-issued baton is considered an impact weapon?

04:15PM   8    A.  Yes.

04:15PM   9    Q.  Why does IAD look at use of force forms?

04:15PM  10    A.  It's a way of keeping track of the amount of force, you

04:15PM  11    know, being used by an officer.  Typically, we track in the

04:15PM  12    year period, in terms of how many use of force are done

04:15PM  13    within that, you know, year period.  If it gets to a point

04:15PM  14    where it's five or more, that kind of creates an alert for

04:15PM  15    us.

04:15PM  16        The alert is sent to us as well as the officer's command

04:15PM  17    and that information is either -- it's taken to -- used to

04:15PM  18    retrain the officer or talk to the officer to see -- maybe it

04:15PM  19    was a coincidence.  He may have come across, maybe, five

04:15PM  20    aggressive instances that were -- where the use of force was

04:15PM  21    reasonable.  So, it's just a chance for us to actually review

04:16PM  22    it each time.

04:16PM  23    Q.  And during an investigation, if you get a use of force

04:16PM  24    form and review it, are there narrative facts in there that

04:16PM  25    help you sometimes with an investigation?

04:16PM  1  A.  Yes.  Typically, the officer describes what force was

04:16PM  2  used and you know, how it was employed.

04:16PM  3  Q.  And you mentioned these use of force forms are tracked

04:16PM  4  within the Buffalo Police Department?

04:16PM  5  A.  Yes.

04:16PM  6  Q.  Now, do you know a Buffalo Police Department officer by

04:16PM  7  the name of Corey Krug?

04:16PM  8  A.  Yes, I do.

04:16PM  9  Q.  How do you know him?

04:16PM  10  A.  We worked together briefly in the Housing Unit.

04:16PM  11  Q.  And you see him here in court today, is that fair?

04:16PM  12  A.  Yes, I do.

04:16PM  13  Q.  Can you just point to him and identify an article of

04:16PM  14  clothing?

04:16PM  15  A.  It's the gentleman wearing the grey suit and blue shirt.

04:17PM  16  Q.  And he's standing?

04:17PM  17  A.  And he's standing, yes.

04:17PM  18      MR. MANGO:  Let the record reflect identification of

04:17PM  19  the defendant.

04:17PM  20  BY MR. MANGO:

04:17PM  21  Q.  Are you aware of the charge involved in this case deals

04:17PM  22  with an incident between the defendant and an individual by

04:17PM  23  the name of Devin Ford on November 27th of 2014?

04:17PM  24  A.  Yes.

04:17PM  25  Q.  Okay.  And at the time of the Devin Ford incident,

04:17PM  1  November 27th, 2014, had an alert involving submission of use

04:17PM  2  of force forms been issued for Defendant Krug?

04:17PM  3  A.  Yes.

04:17PM  4          MR. ROMANO:  Objection, Your Honor.

04:17PM  5          THE COURT:  Overruled.

04:17PM  6  BY MR. MANGO:

04:17PM  7  Q.  That was a yes?

04:17PM  8  A.  Yes.

04:17PM  9  Q.  Prior to testifying here today, did you have an ability

04:17PM  10  to review the IAD file for the Devin Ford incident?

04:17PM  11  A.  Yes.

04:17PM  12  Q.  And in that file did you locate any use of force forms

04:17PM  13  created by Defendant Krug?

04:17PM  14  A.  No.

04:17PM  15  Q.  Now, did you work -- let me bring your attention back to

04:18PM  16  Thanksgiving of 2014.  There was a detail that was sought to

04:18PM  17  be manned the evening before Thanksgiving.  Did you work that

04:18PM  18  detail?

04:18PM  19  A.  Yes, I did.

04:18PM  20  Q.  Do you know if the defendant worked that detail?

04:18PM  21  A.  Yes, he did.

04:18PM  22  Q.  Was there a briefing before the detail, if you remember?

04:18PM  23  A.  Yes, there was a briefing.

04:18PM  24  Q.  Did you attend the briefing?

04:18PM  25  A.  Yes.

04:18PM  1    Q.  Did all the officers on the detail attend the briefing?

04:18PM  2              MR. ROMANO:  Objection.

04:18PM  3              THE COURT:  Overruled.

04:18PM  4              THE WITNESS:  As far as I'm aware, yes.

04:18PM  5    BY MR. MANGO:

04:18PM  6    Q.  Were there any special instructions during this briefing

04:18PM  7    about the news media being present that night?

04:18PM  8    A.  Yes, there was.

04:18PM  9    Q.  And this detail was focused on the Chippewa bar and

04:19PM  10   entertainment district, is that right?

04:19PM  11   A.  Correct.

04:19PM  12   Q.  Do you recall any instructions during the briefing to

04:19PM  13   limit or avoid making arrests?

04:19PM  14              MR. ROMANO:  Objection.

04:19PM  15              THE COURT:  I'm going to sustain that.

04:19PM  16   BY MR. MANGO:

04:19PM  17   Q.  Was there any -- did you hear anyone at the briefing

04:19PM  18   recommend that arrests should not be made?

04:19PM  19              MR. ROMANO:  Same objection, Your Honor.

04:19PM  20              THE COURT:  Sustained.

04:19PM  21   BY MR. MANGO:

04:19PM  22   Q.  Do you recall any instructions at the briefing about use

04:19PM  23   of force?

04:19PM  24              MR. ROMANO:  Same objection.

04:19PM  25              THE COURT:  That's different.  Overruled.

| | | |
|---|---|---|
| 04:19PM | 1 | THE WITNESS: No. |
| 04:19PM | 2 | BY MR. MANGO: |
| 04:19PM | 3 | Q. So, were you assigned to a specific location for the |
| 04:20PM | 4 | detail? |
| 04:20PM | 5 | A. Yes. |
| 04:20PM | 6 | Q. What was your location for the detail? |
| 04:20PM | 7 | A. I was located at Delaware and Chippewa. |
| 04:20PM | 8 | Q. And while you were working, so -- while you were working |
| 04:20PM | 9 | that night, are you primarily constrained in that area then? |
| 04:20PM | 10 | A. No. |
| 04:20PM | 11 | Q. You can move around? |
| 04:20PM | 12 | A. Yes. |
| 04:20PM | 13 | Q. Okay. Did you -- while you were working, did you witness |
| 04:20PM | 14 | any confrontations or incidents on the block of Chippewa |
| 04:20PM | 15 | Street between Franklin and Pearl? |
| 04:20PM | 16 | A. No. |
| 04:20PM | 17 | Q. And did you see the news media out that night? |
| 04:20PM | 18 | A. Yes. |
| 04:20PM | 19 | MR. MANGO: If I could just have one second, Judge? |
| 04:20PM | 20 | THE COURT: All right. |
| 04:21PM | 21 | BY MR. MANGO: |
| 04:21PM | 22 | Q. Lieutenant Lloyd, during the briefing -- who did the |
| 04:21PM | 23 | briefing, if you remember? |
| 04:21PM | 24 | A. Lieutenant Ralph Zangara. |
| 04:21PM | 25 | Q. Did he mention anything about arrests during the |

04:21PM   1    briefing?

04:21PM   2              MR. ROMANO:  Objection.  Same question, Judge.

04:21PM   3              THE COURT:  Sustained.

04:21PM   4              MR. MANGO:  The question was a little different.

04:21PM   5              THE COURT:  Not much.

04:21PM   6              MR. MANGO:  Nothing further, Your Honor.  Thank you.

04:21PM   7              MR. ROMANO:  May I proceed, Your Honor?

04:22PM   8              THE COURT:  Please do.

04:22PM   9

04:22PM   10                    CROSS-EXAMINATION

04:22PM   11

04:22PM   12   BY MR. ROMANO:

04:22PM   13   Q.  Good afternoon, Lieutenant Lloyd.

04:22PM   14   A.  Good afternoon.

04:22PM   15   Q.  Lieutenant Lloyd, you know Officer Krug, correct?

04:22PM   16   A.  Yes.

04:22PM   17   Q.  In fact, you worked with him at the Buffalo Police

04:22PM   18   Department?

04:22PM   19   A.  Yes.

04:22PM   20   Q.  You two work together in the same unit?

04:22PM   21   A.  Yes.

04:22PM   22   Q.  The Housing Unit?

04:22PM   23   A.  Correct.

04:22PM   24   Q.  What areas of Buffalo does the Housing Unit cover?

04:22PM   25   A.  It covers the entire city, specifically focused on the

04:22PM   1   Buffalo housing districts throughout the city.

04:22PM   2   Q.  Those are high crime areas, aren't they?

04:22PM   3        MR. MANGO:  Objection, Judge.  I don't know what the

04:22PM   4   relevance is.

04:22PM   5        THE COURT:  I don't either.

04:22PM   6   BY MR. ROMANO:

04:22PM   7   Q.  But that's a specific unit designated by Mayor Brown?

04:22PM   8        MR. MANGO:  Objection.  Relevance.

04:22PM   9        THE COURT:  Sustained.

04:22PM   10  BY MR. ROMANO:

04:22PM   11  Q.  Do you know if in 2014 Officer Krug worked in the Housing

04:22PM   12  Unit?

04:22PM   13  A.  Yes, he did.

04:22PM   14  Q.  Lieutenant, being a Buffalo Police Officer is a dangerous

04:23PM   15  job, isn't it?

04:23PM   16        MR. MANGO:  Objection.

04:23PM   17        THE COURT:  Well, I'll let him answer that question.

04:23PM   18        THE WITNESS:  Yes, it's a dangerous job.

04:23PM   19        THE COURT:  You may answer that.

04:23PM   20  BY MR. ROMANO:

04:23PM   21  Q.  And you've been a police officer for over 10 years?

04:23PM   22  A.  Correct.

04:23PM   23  Q.  You've worked the toughest parts of the city?

04:23PM   24  A.  Yes.

04:23PM   25  Q.  You've dealt with the worst members of our community?

04:23PM   1   A.  Yes.

04:23PM   2          MR. MANGO:  Objection.  I imagine they've also dealt

04:23PM   3   with the best members of --

04:23PM   4          THE COURT:  Is Chippewa Street considered -- what was

04:23PM   5   that phrase, one of the worst?

04:23PM   6          MR. ROMANO:  Some of the worst members of our

04:23PM   7   community, Your Honor.

04:23PM   8          THE COURT:  Some of the worst people in the city

04:23PM   9   frequent Chippewa Street, sir?

04:23PM   10          THE WITNESS:  Yes.

04:23PM   11          THE COURT:  They do?

04:23PM   12          THE WITNESS:  The best and the worst.  I mean, people

04:23PM   13   in general are both.

04:23PM   14   BY MR. ROMANO:

04:23PM   15   Q.  Fair to say, Lieutenant, you deal with criminals on

04:23PM   16   Chippewa Street?

04:23PM   17   A.  Yes.

04:23PM   18   Q.  You deal with murderers?

04:23PM   19   A.  Yes.

04:23PM   20          MR. MANGO:  Objection, Judge.  This case isn't about

04:23PM   21   murder.

04:23PM   22          THE COURT:  Sustained.

04:23PM   23   BY MR. ROMANO:

04:23PM   24   Q.  The Chippewa Strip is a dangerous place for Buffalo

04:24PM   25   Police Officers, isn't it?

04:24PM   1              MR. MANGO:  Objection.

04:24PM   2              THE COURT:  I'll let him answer that.

04:24PM   3              THE WITNESS:  Yes, it is.

04:24PM   4      BY MR. ROMANO:

04:24PM   5      Q.  The Chippewa Strip is a strip of bars and nightclubs in

04:24PM   6      the heart of Buffalo, true?

04:24PM   7      A.  True.

04:24PM   8      Q.  And the Chippewa Strip is in the Buffalo Police

04:24PM   9      Department's B District?

04:24PM  10      A.  Yes.

04:24PM  11      Q.  And you've previously been assigned to B District,

04:24PM  12      correct?

04:24PM  13      A.  Correct.

04:24PM  14      Q.  You were assigned to B District for around two and a half

04:24PM  15      years?

04:24PM  16      A.  On and off, two and a half years.

04:24PM  17      Q.  When did you serve in B District?

04:24PM  18      A.  On two occasions as a field training -- professional

04:24PM  19      training process, I was there approximately a year.  Can't --

04:24PM  20      so, that was in 2010, 2009, 2010.  I returned there about

04:24PM  21      2015 to 2016.

04:24PM  22      Q.  Did you work in the B District in 2014 in November?

04:25PM  23      A.  Yes, I was working the detail so, yes.  I stand

04:25PM  24      corrected.  I was actually -- maybe, about 2014 to 2016 I was

04:25PM  25      working there.

                                                                      15

04:25PM    1    Q.   Fine.   Lieutenant, did you ever work the overnight shift?

04:25PM    2    A.   Yes.

04:25PM    3    Q.   What are the hours that cover the overnight shift?

04:25PM    4    A.   Typically from 2000 hours, which is 8 p.m., to 0600

04:25PM    5    hours, 6 a.m.

04:25PM    6    Q.   Over two and a half years in B District, would it be fair

04:25PM    7    to say, Lieutenant, that you're very familiar with the

04:25PM    8    dangers of the Chippewa Strip?

04:25PM    9            MR. MANGO:   Objection, Judge.   We're not talking

04:25PM   10    about two and a half years here, we're talking about one

04:25PM   11    night.

04:25PM   12            THE COURT:   I'll let him answer the question.

04:25PM   13            THE WITNESS:   I'm sorry, can you repeat the question?

04:25PM   14            MR. ROMANO:   Fair enough.

04:25PM   15    BY MR. ROMANO:

04:25PM   16    Q.   Lieutenant, working two and a half years in B District,

04:25PM   17    you are very aware of the dangers of the Chippewa Strip,

04:25PM   18    correct?

04:25PM   19    A.   Correct.

04:25PM   20    Q.   There is a lot of uncertainty on Chippewa --

04:26PM   21            MR. MANGO:   Objection.   That's a confusing question.

04:26PM   22            THE COURT:   Rephrase your question.

04:26PM   23    BY MR. ROMANO:

04:26PM   24    Q.   Lieutenant, would you agree that there's a lot of

04:26PM   25    uncertainty on the Chippewa Strip as a police officer?

| 04:26PM | 1 | THE COURT:  Same question. |
|---|---|---|

04:26PM 1          THE COURT:  Same question.

04:26PM 2          MR. MANGO:  Objection.

04:26PM 3          THE COURT:  Exactly the same question and I just

04:26PM 4  sustained it.

04:26PM 5  BY MR. ROMANO:

04:26PM 6  Q.  Lieutenant Lloyd, would you agree that it's very hard to

04:26PM 7  predict what's going to happen on Chippewa as you work as a

04:26PM 8  police officer?

04:26PM 9          MR. MANGO:  Objection, Judge.

04:26PM 10          THE COURT:  That, I'll allow.  You may answer that,

04:26PM 11  sir.

04:26PM 12          THE WITNESS:  Yes.

04:26PM 13  BY MR. ROMANO:

04:26PM 14  Q.  It's unpredictable?

04:26PM 15          MR. MANGO:  He just answered, Judge.  Objection.

04:26PM 16          THE COURT:  He answered.  He said yes.

04:26PM 17          THE WITNESS:  Yes.

04:26PM 18  BY MR. ROMANO:

04:26PM 19  Q.  There's large crowds?

04:26PM 20  A.  Yes.

04:26PM 21  Q.  It's a confined space?

04:26PM 22          MR. MANGO:  Objection.

04:26PM 23          THE COURT:  Overruled.  Go ahead.

04:26PM 24          THE WITNESS:  Yes.

04:26PM 25

LLOYD  --  MR. ROMANO  --  7/18/19

04:26PM  1  BY MR. ROMANO:

04:26PM  2  Q.  There's illegal drugs?

04:26PM  3  A.  Yes.

04:26PM  4  Q.  People are drinking alcohol?

04:26PM  5  A.  Yes.

04:26PM  6  Q.  Drinking alcohol to the point of intoxication?

04:26PM  7       MR. MANGO:  Objection, Judge.  It's a bar area.

04:27PM  8       THE COURT:  I think we've seen the video.  We've seen

04:27PM  9  some people drinking alcohol.

04:27PM  10      MR. MANGO:  Right.

04:27PM  11      THE COURT:  Overruled.

04:27PM  12      THE WITNESS:  Yes.

04:27PM  13  BY MR. ROMANO:

04:27PM  14  Q.  You also encountered disorderly conduct?

04:27PM  15  A.  Yes.

04:27PM  16  Q.  Bottles being thrown?

04:27PM  17  A.  Yes.

04:27PM  18  Q.  Fights?

04:27PM  19  A.  Yes.

04:27PM  20  Q.  Weapons?

04:27PM  21      THE COURT:  Were there any bottles being thrown in

04:27PM  22  this case?  What does this have to do with bottles?

04:27PM  23      MR. ROMANO:  Your Honor, my question was --

04:27PM  24      THE COURT:  I understand what the question is.  Let's

04:27PM  25  be a little more specific.  We're dealing with a particular

| | | |
|---|---|---|
| 04:27PM | 1 | day and he was there. |
| 04:27PM | 2 | MR. ROMANO:  He was, Your Honor.  My question more |
| 04:27PM | 3 | goes to his experience on Chippewa which was -- |
| 04:27PM | 4 | THE COURT:  We're talking about a particular day in |
| 04:27PM | 5 | 2014, even if he was there that day. |
| 04:27PM | 6 | BY MR. ROMANO: |
| 04:27PM | 7 | Q.  In any event, these different dangers, they create |
| 04:27PM | 8 | unpredictability, correct? |
| 04:27PM | 9 | A.  Correct. |
| 04:27PM | 10 | Q.  And unpredictability leads to dangerous situations for |
| 04:27PM | 11 | police officers? |
| 04:28PM | 12 | MR. MANGO:  Objection. |
| 04:28PM | 13 | THE COURT:  I think we've gotten that three times |
| 04:28PM | 14 | now. |
| 04:28PM | 15 | THE WITNESS:  May I answer the question or is that -- |
| 04:28PM | 16 | THE COURT:  My response is sustained. |
| 04:28PM | 17 | BY MR. ROMANO: |
| 04:28PM | 18 | Q.  Lieutenant Lloyd, working Thanksgiving Eve is even more |
| 04:28PM | 19 | challenging for police officers, isn't that right? |
| 04:28PM | 20 | MR. MANGO:  Objection. |
| 04:28PM | 21 | THE COURT:  What was the question again? |
| 04:28PM | 22 | MR. ROMANO:  Working Thanksgiving Eve is even more |
| 04:28PM | 23 | challenging for Buffalo Police Officers? |
| 04:28PM | 24 | THE COURT:  I'll allow that. |
| 04:28PM | 25 | THE WITNESS:  Yes. |

04:28PM   1    BY MR. ROMANO:

04:28PM   2    Q.  Because all those dangers we just talked about are

04:28PM   3    multiplied by 10?

04:28PM   4              MR. MANGO:  Objection.

04:28PM   5              THE COURT:  Was it 10; 10 times?

04:28PM   6              THE WITNESS:  I don't know the exact number, but it's

04:28PM   7    intensified based on the crowd size I would say.

04:28PM   8    BY MR. ROMANO:

04:28PM   9    Q.  Those dangers are amplified, correct?

04:28PM  10    A.  Correct.

04:28PM  11    Q.  Because Thanksgiving Eve is a very busy time on the

04:28PM  12    Chippewa Strip?

04:28PM  13    A.  Yes.

04:28PM  14    Q.  It's a big party night?

04:28PM  15    A.  Yes.

04:29PM  16    Q.  The bars are packed?

04:29PM  17              MR. MANGO:  Objection.

04:29PM  18              THE COURT:  I'm sorry?

04:29PM  19              MR. ROMANO:  There was an objection.

04:29PM  20              THE COURT:  I didn't hear it.

04:29PM  21              MR. MANGO:  Objection.  Just to state the bars are

04:29PM  22    packed.  Is that a question?  Is that -- are all the bars

04:29PM  23    packed or --

04:29PM  24              THE COURT:  The bars are packed?  Is that the

04:29PM  25    question?

04:29PM  1            MR. MANGO:  That was the question.

04:29PM  2            THE COURT:  Are bars packed on Chippewa Street?

04:29PM  3            THE WITNESS:  Yes, sir.

04:29PM  4            THE COURT:  Okay.  Thank you.

04:29PM  5    BY MR. ROMANO:

04:29PM  6    Q.  And the Buffalo Police need extra help on that night,

04:29PM  7    correct?

04:29PM  8    A.  Correct.

04:29PM  9    Q.  And you need a special detail?

04:29PM  10   A.  Correct.

04:29PM  11   Q.  And you volunteered to work that special detail?

04:29PM  12   A.  Yes.

04:29PM  13   Q.  And so did Officer Krug?

04:29PM  14   A.  Yes.

04:29PM  15   Q.  Now, Lieutenant Lloyd, as a former police officer

04:30PM  16   assigned to B District, you know what Asbury Aly is, don't

04:30PM  17   you?

04:30PM  18   A.  Yes.

04:30PM  19   Q.  It's a red brick alleyway off of Chippewa?

04:30PM  20   A.  Correct.

04:30PM  21   Q.  And there's actually a street sign on Chippewa that says

04:30PM  22   Asbury Aly on it?

04:30PM  23   A.  Correct.

04:30PM  24   Q.  And it's between Franklin and Pearl Street on West

04:30PM  25   Chippewa Street?

21

| | | |
|---|---|---|
| 04:30PM | 1 | A.  Correct. |
| 04:30PM | 2 | Q.  And it's my understanding it's next to a set of bars and |
| 04:30PM | 3 | a parking lot, which is on the corner of Chippewa and Pearl |
| 04:30PM | 4 | Street? |
| 04:30PM | 5 | A.  Correct. |
| 04:30PM | 6 | MR. ROMANO:  Your Honor, may I approach the witness? |
| 04:30PM | 7 | THE COURT:  Yeah, you can show him something, sure. |
| 04:30PM | 8 | MR. ROMANO:  Thank you, Your Honor. |
| 04:30PM | 9 | BY MR. ROMANO: |
| 04:30PM | 10 | Q.  Lieutenant Lloyd, I'm showing you Defendant's |
| 04:30PM | 11 | Exhibits 117, 118, 119 and 120.  Just take a second and look |
| 04:30PM | 12 | at them for a second and I'll ask you a couple questions. |
| 04:31PM | 13 | When you're ready, just look up, Lieutenant.  Are you ready? |
| 04:31PM | 14 | A.  Ready. |
| 04:31PM | 15 | Q.  Lieutenant Lloyd, these photographs are photographs of |
| 04:31PM | 16 | West Chippewa Street and Asbury Alley, correct? |
| 04:31PM | 17 | A.  Correct. |
| 04:31PM | 18 | Q.  And you recognize these photographs as what they depict? |
| 04:31PM | 19 | A.  Yes. |
| 04:31PM | 20 | Q.  And these are fair and accurate representations of West |
| 04:31PM | 21 | Chippewa Street and Asbury Alley? |
| 04:31PM | 22 | THE COURT:  I think you're leading the witness. |
| 04:31PM | 23 | MR. ROMANO:  Pardon me, Your Honor? |
| 04:31PM | 24 | THE COURT:  Do you think you're leading the witness? |
| 04:31PM | 25 | MR. ROMANO:  I am? |

| | | |
|---|---|---|
| 04:31PM | 1 | THE COURT:  Would you like me to read that question |
| 04:31PM | 2 | back to you? |
| 04:31PM | 3 | MR. ROMANO:  I am reading the -- |
| 04:31PM | 4 | THE COURT:  Read the question back. |
| 04:31PM | 5 | (The question was read back by the reporter.) |
| 04:31PM | 6 | THE COURT:  All right.  It's okay.  I'll allow him to |
| 04:31PM | 7 | answer the question. |
| 04:31PM | 8 | MR. ROMANO:  Thank you. |
| 04:31PM | 9 | BY MR. ROMANO: |
| 04:31PM | 10 | Q.  Is that true? |
| 04:32PM | 11 | A.  Yes, it's true. |
| 04:32PM | 12 | MR. ROMANO:  At this time, Your Honor, I move Defense |
| 04:32PM | 13 | Exhibits 117, 118, 119 and 120 into evidence. |
| 04:32PM | 14 | MR. MANGO:  Judge, they seem a little cumulative but |
| 04:32PM | 15 | if he wants them all in, I guess I won't object.  I don't see |
| 04:32PM | 16 | the relevance to all four of them. |
| 04:32PM | 17 | THE COURT:  Well, we'll allow them in.  We're getting |
| 04:32PM | 18 | into an area outside direct examination.  So, as long as |
| 04:32PM | 19 | you're outside, the rules change when that occurs.  Just so |
| 04:32PM | 20 | you're aware of that.  Go ahead. |
| 04:32PM | 21 | (Defendant's Exhibits 117, 118, 119 and 120 were received in |
| 04:32PM | 22 | evidence.) |
| 04:32PM | 23 | |
| 04:32PM | 24 | MR. ROMANO:  Thank you, Your Honor.  Ms. Prawel, can |
| 04:32PM | 25 | you bring up Defense Exhibit 117 please?  Thank you. |

04:32PM  1    BY MR. ROMANO:

04:32PM  2    Q.  So, Lieutenant Lloyd, looking at Defense Exhibit 117,

04:33PM  3    just so we can allocate ourselves, the street there on the

04:33PM  4    left is West Chippewa Street, correct?

04:33PM  5    A.  Correct.

04:33PM  6    Q.  And that street sign is the street sign for Asbury Alley?

04:33PM  7    A.  Correct.

04:33PM  8    Q.  And that intersects with West Chippewa Street?

04:33PM  9    A.  Correct.

04:33PM  10   Q.  Now, as you look down at this photograph, that is going

04:33PM  11   westbound on West Chippewa Street?

04:33PM  12   A.  Yes.

04:33PM  13   Q.  That is looking towards Franklin?

04:33PM  14            MR. MANGO:  Judge, I am going to object now.  The

04:33PM  15   photos are in evidence.  It's pretty clear directionally where

04:33PM  16   these are.  I didn't cover this on direct at all.

04:33PM  17            THE COURT:  I know, I know.  I'm going to give him

04:33PM  18   some latitude here.  Go ahead.

04:33PM  19            MR. ROMANO:  Thank you, Your Honor.

04:33PM  20   BY MR. ROMANO:

04:33PM  21   Q.  So, this is looking westbound, correct?

04:33PM  22   A.  Correct.

04:33PM  23   Q.  So, the first street you see, you see a set of street

04:33PM  24   lights, that would be Franklin?

04:33PM  25   A.  Yes.

04:33PM   1   Q.  And that glass building all the way on the right, that

04:33PM   2   would be the corner where Delaware is, true?

04:33PM   3   A.  Correct.

04:33PM   4   Q.  And this -- I think it's right here, I'll circle it.

04:33PM   5   That little red brick path, that is Asbury Alley, correct?

04:33PM   6   A.  Correct.

04:33PM   7   Q.  Lieutenant Lloyd, do you know that the nightclub Indulge

04:34PM   8   is closed?

04:34PM   9   A.  I'm not aware, no.

04:34PM  10   Q.  Do you know if Indulge was located right here where I

04:34PM  11   drew that circle -- I'm sorry, circle?

04:34PM  12   A.  I can't recall.

04:34PM  13          THE COURT:  Just one second.  What is the exhibit

04:34PM  14   that -- that shows the photo of this area?

04:34PM  15          MR. MANGO:  106, Your Honor.

04:34PM  16          THE COURT:  Pardon me?

04:34PM  17          MR. MANGO:  106, Judge and 120.

04:34PM  18          THE COURT:  What is it, 106?

04:34PM  19          MR. MANGO:  Government 126, Defense 122.

04:34PM  20          THE COURT:  So, 122.  Let me see this a second.

04:34PM  21   Ladies and gentlemen, we're going to go a little bit later.

04:34PM  22   I'd like to finish this witness up before the end of the day

04:34PM  23   if we can.

04:34PM  24          MR. ROMANO:  Your Honor, may I continue?

04:34PM  25          THE COURT:  Not just yet.

04:35PM  1           MR. MANGO:  Judge, also 124 Defense Exhibit was also

04:35PM  2    introduced.  So, they've already previously introduced Defense

04:35PM  3    Exhibit 122 and Defense 124.

04:35PM  4           THE COURT:  All right.  Just one second here.  All

04:36PM  5    right.  Go ahead.

04:36PM  6           MR. ROMANO:  Thank you, Your Honor.

04:36PM  7    BY MR. ROMANO:

04:36PM  8    Q.  So, Lieutenant, if you look at the right-hand side of

04:36PM  9    Defense Exhibit 117, that is the parking lot, or at least

04:36PM  10   part of the parking lot at the corner of West Chippewa Street

04:36PM  11   and Pearl Street, true?

04:36PM  12   A.  True.

04:36PM  13          MR. ROMANO:  Ms. Prawel, if we could move to 118?

04:36PM  14   Thank you.

04:36PM  15   BY MR. ROMANO:

04:36PM  16   Q.  Lieutenant Lloyd, this is another photograph of Asbury

04:36PM  17   Aly just from a different perspective, correct?

04:36PM  18   A.  Correct.

04:36PM  19   Q.  In fact, it's the opposite perspective of 117?

04:36PM  20   A.  Yes.

04:36PM  21   Q.  On the right-hand side, you see the yellow line, that's

04:36PM  22   West Chippewa Street?

04:36PM  23   A.  Yes.

04:36PM  24   Q.  Again, you see the street sign.  It says Asbury Alley and

04:36PM  25   West Chippewa Street?

04:36PM  1   A.   Correct.

04:36PM  2   Q.   And this path right here is actually Asbury Alley?

04:37PM  3   A.   Yes.

04:37PM  4   Q.   And you can see, Lieutenant, that the alley actually goes

04:37PM  5   all the way beyond this building.   There's an opening at the

04:37PM  6   end, correct?

04:37PM  7   A.   Correct.

04:37PM  8   Q.   So, in other words, it's not closed off.   It goes

04:37PM  9   actually between the buildings?

04:37PM  10  A.   Correct.

04:37PM  11  Q.   And again, on the left-hand side here is the parking lot,

04:37PM  12  true?

04:37PM  13  A.   True.

04:37PM  14  Q.   And the street immediately down is Pearl Street?

04:37PM  15  A.   Correct.

04:37PM  16  Q.   So, this is would be going eastbound or looking eastbound

04:37PM  17  on West Chippewa Street?

04:37PM  18  A.   Correct.

04:37PM  19  Q.   Thank you.

04:37PM  20       MR. ROMANO:   Next photograph, Ms. Prawel.

04:37PM  21  BY MR. ROMANO:

04:37PM  22  Q.   So, Lieutenant, this picture, this is just another

04:37PM  23  perspective of West Chippewa Street, isn't that right?

04:37PM  24  A.   Correct.

04:37PM  25  Q.   Asbury Alley would be right here where I drew that

04:37PM    1    circle, true?

04:37PM    2    A.   Correct.

04:38PM    3    Q.   And right here, this is Prima Pizza, isn't that right?

04:38PM    4    A.   Correct.

04:38PM    5    Q.   And Prima Pizza is at the corner of West Chippewa Street

04:38PM    6    and Pearl Street?

04:38PM    7    A.   Correct.

04:38PM    8    Q.   Again, this is West Chippewa Street?

04:38PM    9    A.   Yes, it is.

04:38PM   10    Q.   This, again, is looking westbound towards Franklin and

04:38PM   11    Delaware, isn't that right?

04:38PM   12    A.   Correct.

04:38PM   13    Q.   And what would be behind the photographer would be that

04:38PM   14    parking lot that we talked about.  That's on the corner of

04:38PM   15    Pearl and West Chippewa Street, correct?

04:38PM   16    A.   Correct.

04:38PM   17         MR. ROMANO:  Ms. Prawel, last photograph, please.

04:38PM   18    BY MR. ROMANO:

04:38PM   19    Q.   Now, Lieutenant, we're looking at Defense Exhibit 120.

04:38PM   20    Now, again, this is another photograph of Asbury Aly just

04:38PM   21    from another perspective, isn't that right?

04:38PM   22    A.   Yes.

04:38PM   23    Q.   Actually, in this photograph, Asbury Alley -- we're

04:38PM   24    actually in the corner where we talked about the opening in

04:38PM   25    the last picture.  We're standing in that opening and looking

04:38PM     1   towards West Chippewa Street, isn't that right?

04:39PM     2           THE COURT:  By the way, sir, are these photographs an

04:39PM     3   accurate depiction as to these scenes back in November 27th,

04:39PM     4   2014?

04:39PM     5           THE WITNESS:  No, Your Honor.

04:39PM     6           THE COURT:  These are not accurate as to --

04:39PM     7           THE WITNESS:  They're not accurate to the way they

04:39PM     8   were in 2014.

04:39PM     9           THE COURT:  They were different?

04:39PM    10           THE WITNESS:  Correct, Your Honor.

04:39PM    11   BY MR. ROMANO:

04:39PM    12   Q.  Lieutenant, how are they different?

04:39PM    13   A.  The businesses.  The business, I mean, the actual

04:39PM    14   structures -- the street structures are the same, but the

04:39PM    15   businesses have changed since 2014.

04:39PM    16   Q.  But Asbury Alley has not changed, correct?

04:39PM    17   A.  No, it's not changed.

04:39PM    18   Q.  Asbury Alley was there in the shape it's in in this

04:39PM    19   photograph, Defense Exhibit 120, in November of 2014?

04:39PM    20           MR. MANGO:  Judge, I'm going to object to this line

04:39PM    21   of questioning.  Again, I did not go into this on direct.  The

04:39PM    22   witness has already said he can't --

04:39PM    23           THE COURT:  I'm not sure whether this is an accurate

04:40PM    24   representation of the scene.

04:40PM    25           MR. ROMANO:  Your Honor, if I could have --

| 04:40PM | 1 | THE COURT:  The whole scene.  When were these |

THE COURT:  The whole scene.  When were these
photographs alledgedly taken?

MR. ROMANO:  These photographs were taken recently,
Your Honor, but if I may have some latitude, Your Honor, my --

THE COURT:  You're talking about buildings that may
or may not have been there.  I don't know what the scene was
there, but these are recent photographs.

MR. ROMANO:  Your Honor --

THE COURT:  I don't know if there's -- back then
about this parking lot we're talking about here, whether it
was -- whether it looked like that or had a fence around it or
whatever.  I don't know.

MR. ROMANO:  Your Honor, if I may, my understanding
from Lieutenant Lloyd's testimony is that the businesses have
changed in that the restaurant names, things of that nature,
but Asbury Alley was there and so was the parking lot.

MR. MANGO:  Judge, I would object to the relevance of
this testimony as compared to the direct.  There's no
relevance here.

MR. ROMANO:  Is it a scope objection, Your Honor, or
relevance --

THE COURT:  Ladies and gentlemen, we went a little
bit later.  We'll see you tomorrow morning at 9:00, okay,
folks.  I want to get you out of here before the rush hour.
Again, please -- it might be too late.  Please drive

LLOYD  --  MR. ROMANO  --  7/18/19

30

04:41PM   1   carefully.  Don't talk about the case, don't read anything

04:41PM   2   about the case, don't form any opinion or any judgement.  Wait

04:41PM   3   until you've heard all the evidence and enjoy your evening and

04:41PM   4   we'll see you tomorrow morning at 9:00, folks.

04:41PM   5   (The jury left the room at 4:41 p.m.)

04:41PM   6          THE COURT:  Sorry, Lieutenant, I was hoping to have

04:41PM   7   you finished today, but you'll have to be back here tomorrow,

04:41PM   8   okay?  Thank you, sir.

04:41PM   9   (The witness left the room at 4:41 p.m.)

04:41PM  10          THE COURT:  Just so I can understand the relevance of

04:41PM  11   these photographs, because right now I'm starting to have

04:41PM  12   serious questions about it, what is the relevance of these

04:42PM  13   photographs?

04:42PM  14          MR. CONNORS:  Your Honor, Asbury Alley was the alley

04:42PM  15   that Devin Ford and his friend went down, snuck down and came

04:42PM  16   around in the parking lot to jump Rolando Colon and Bryant

04:42PM  17   Munoz.

04:42PM  18          THE COURT:  What evidence do you have of that?

04:42PM  19   That's the first I heard of that.

04:42PM  20          MR. MANGO:  Devin Ford was cross-examined --

04:42PM  21          THE COURT:  How did he get into the alleyway?

04:42PM  22          MR. ROMANO:  There will be an officer that may

04:42PM  23   testify, a government witness that may testify, that talked

04:42PM  24   about it in the last trial, Your Honor.  That --

04:42PM  25          THE COURT:  Refresh my memory because I don't have

04:42PM  1    any recall.

04:42PM  2           MR. MANGO:  Officer Vidal remembers, Your Honor,

04:42PM  3    after the pepper spray incident, that Sean Dechent and Devin

04:42PM  4    Ford are standing there.  And after a few seconds, they sneak

04:42PM  5    down Asbury Alley, they come around the parking lot and they

04:42PM  6    jump Rolando Colon.

04:42PM  7           THE COURT:  Wait a minute.  How do they get in the

04:42PM  8    alley?  Right in the alley, right on Chippewa Street?

04:42PM  9           MR. ROMANO:  Yes, so --

04:42PM  10          THE COURT:  They went around and then they went into

04:42PM  11   the parking lot?

04:42PM  12          MR. ROMANO:  Yes.  They came around the cars.  They

04:42PM  13   were hiding.

04:42PM  14          THE COURT:  My recollection of the video here is that

04:43PM  15   that video was still running almost from the incident of the

04:43PM  16   pepper spray.  Then, you have a couple of seconds and then,

04:43PM  17   the camera kind of follows the Officer Krug.

04:43PM  18          MR. ROMANO:  Oh, no, Your Honor.  There's a break and

04:43PM  19   James --

04:43PM  20          THE COURT:  How much of a break is there?

04:43PM  21          MR. ROMANO:  I think James here testified up to a

04:43PM  22   minute.

04:43PM  23          THE COURT:  Well, okay.  Well, we'll see where we're

04:43PM  24   going to go.  I'm not -- I have to look at my notes on that.

04:43PM  25   All right.  Thank you, gentlemen, we'll see you tomorrow

04:43PM 1    morning.  Who's the next -- how many more witnesses do we

04:43PM 2    have?

04:43PM 3            MR. MANGO:  Judge, I think we're going to -- we've

04:43PM 4    got the deposition transcripts.

04:43PM 5            THE COURT:  How long does that take?

04:43PM 6            MR. MANGO:  There's 14 pages to read into evidence.

04:43PM 7            THE COURT:  Okay.  That's 10 minutes.

04:43PM 8            MR. MANGO:  And we have one witness, Bryant --

04:43PM 9            THE COURT:  So, we'll be done tomorrow?

04:43PM 10           MR. MANGO:  Bryant Munoz.  I expect we'll rest

04:43PM 11   tomorrow.

04:43PM 12           THE COURT:  Probably by morning?

04:44PM 13           MR. MANGO:  Tomorrow morning.  So, I hope defense

04:44PM 14   would be ready with a case tomorrow afternoon.

04:44PM 15           THE COURT:  Well, I hope the defense is ready to go,

04:44PM 16   because I'd like to continue the trial and I'm not going to

04:44PM 17   try to rush you.  I want to make sure that you have enough

04:44PM 18   time.  I want to know tomorrow what your plans are.  I mean,

04:44PM 19   you've got to think -- talk about them tonight because it

04:44PM 20   looks like we're coming to an end.  I mean, the other witness,

04:44PM 21   you have the deposition, you have -- who's the other witness?

04:44PM 22           MR. MANGO:  Bryant Munoz.  He should take maybe like,

04:44PM 23   20 minutes I'd say.

04:44PM 24           THE COURT:  What's his testimony going to be about?

04:44PM 25           MR. MANGO:  He was the one standing next to Ford.  He

04:44PM    1    put his hands up.

04:44PM    2        THE COURT:  Oh, okay.

04:44PM    3        MR. MANGO:  So, just what happened that night, what

04:44PM    4    he saw.

04:44PM    5        THE COURT:  Right.

04:44PM    6        MR. MANGO:  And that's it, Judge.  We mentioned this

04:44PM    7    yesterday, obviously, to defense --

04:44PM    8        MR. ROMANO:  Yeah.

04:44PM    9        MR. MANGO:  -- that we anticipated --

04:44PM   10        THE COURT:  Well, in the last trial you mentioned

04:44PM   11    we'd be over, I think, in three days.  And I think we went

04:44PM   12    five or six or seven weeks.

04:44PM   13        MR. MANGO:  We had some crazy weather, Judge.  We

04:44PM   14    had --

04:44PM   15        THE COURT:  That was only a couple of days with the

04:45PM   16    weather.  It may have been Mr. Connors' cross-examination.  It

04:45PM   17    might have been a little longer than we anticipated, which is

04:45PM   18    his right.  I'm not criticizing that at all.  So, we'll be

04:45PM   19    done tomorrow?

04:45PM   20        MR. MANGO:  Yes, Judge.

04:45PM   21        THE COURT:  Okay.  Now, I think the -- well, it

04:45PM   22    depends what the defense is going to do, but I'm about ready.

04:45PM   23    I mean, I have -- basically, the charge is not going to be

04:45PM   24    complicated.  It's going to be basically the same as the

04:45PM   25    old -- as the previous trial with, obviously, eliminating some

34

04:45PM 1  of the issues that were there.  We don't have them here.

04:45PM 2       MR. MANGO:  There's one additional request, Judge,

04:45PM 3  the lesser-included --

04:45PM 4       THE COURT:  Oh, I'll have to deal with that issue.

04:45PM 5       MR. MANGO:  There's obviously a misdemeanor.  It's a

04:45PM 6  misdemeanor with no injury.  It's the same elements except no

04:45PM 7  injury and it's a misdemeanor rather than a felony.  We would

04:45PM 8  ask for that.  There was extensive cross-examination about

04:46PM 9  bodily injury issue.

04:46PM 10      THE COURT:  Did you -- has that been briefed at all

04:46PM 11 about --

04:46PM 12      MR. MANGO:  No.

04:46PM 13      THE COURT:  -- the lesser-included?  It's very

04:46PM 14 unusual to have lesser-included offenses in my experience.

04:46PM 15      MR. MANGO:  It's rare.  We had one a long time ago on

04:46PM 16 assault on a government official.

04:46PM 17      THE COURT:  Well, I'd like some justification for it.

04:46PM 18 I'm sure there's a legal -- I don't know.  Maybe defense isn't

04:46PM 19 opposed to it.  I don't know.  I heard about -- that you were

04:46PM 20 going to ask for that a couple days ago.

04:46PM 21      MR. MANGO:  I think they've indicated they are

04:46PM 22 opposed.  We can file something tonight on the lesser --

04:46PM 23      THE COURT:  I'd like to have some -- it's like today,

04:46PM 24 I had to do some research.  I know that the events, that

04:46PM 25 haven't been decided, happened yesterday.  And I can't blame

04:46PM   1   counsel for not submitting some memos on that, but it was a

04:46PM   2   lot of work.  All right.  Well --

04:46PM   3              MR. ROMANO:  Your Honor, if I might?  The government

04:46PM   4   had mentioned a couple of other witnesses to us and kind of

04:46PM   5   gone back and forth on whether they might call them.  Can we

04:46PM   6   just get assurance that Special Agent Taylor, Suzanne Lawson,

04:46PM   7   the two Dechent brothers, Officer Foster and Officer Vidal

04:47PM   8   will not be called?

04:47PM   9              MR. MANGO:  Yes, we're making that representation.

04:47PM  10   We're going to handle the depositions after this witness, do

04:47PM  11   Bryant Munoz and then rest.

04:47PM  12              MR. ROMANO:  Okay.

04:47PM  13              MR. MANGO:  Unless we put our heads together and

04:47PM  14   realize we missed something, Judge.  We'll let them know

04:47PM  15   immediately.

04:47PM  16              THE COURT:  All right.

04:47PM  17              MR. MANGO:  But if that's the case, we would also

04:47PM  18   like to know, hopefully, sometime tonight, who their witnesses

04:47PM  19   will be tomorrow, as a courtesy, since we gave them courtesy

04:47PM  20   as well, Judge.

04:47PM  21              THE COURT:  Well, I would hope that that would

04:47PM  22   happen.

04:47PM  23              MR. CONNORS:  The only question we have about that,

04:47PM  24   Judge, is we were operating under the assumption that the

04:47PM  25   Dechents would be produced as witnesses.  And likely, we were

04:47PM  1  told Tina Taylor would testify as well, so we figure Friday

04:47PM  2  would cover all that.

04:47PM  3          THE COURT:  I'm not going to require you tomorrow to

04:47PM  4  start your proof.

04:47PM  5          MR. CONNORS:  Thank you.  I appreciate it.

04:47PM  6          THE COURT:  But it will be Monday morning.

04:47PM  7          MR. CONNORS:  Of course.  Of course.

04:47PM  8          THE COURT:  But if you could advise the Court

04:48PM  9  tomorrow whether you're going to put a defense on, I'd sort of

04:48PM  10  appreciate it.

04:48PM  11          MR. CONNORS:  That's okay.

04:48PM  12          THE COURT:  Because we'll been spending time working

04:48PM  13  on any issues on the charge which I -- well, we only have one

04:48PM  14  issue.  But then, we can go right into summations maybe Monday

04:48PM  15  afternoon, depending on what your defense is.

04:48PM  16          MR. MANGO:  That would be great, Judge.  And maybe

04:48PM  17  they do want to put a case on tomorrow.  Is that still an

04:48PM  18  opportunity?

04:48PM  19          THE COURT:  Oh, sure.  If they have -- if they can

04:48PM  20  put on proof tomorrow, fine.

04:48PM  21          MR. CONNORS:  We'll find out.

04:48PM  22          MR. MANGO:  Great.

04:48PM  23          THE COURT:  But if they, you know, if they need --

04:48PM  24  I'm not going to rush it.  All I know, we're not going to rush

04:48PM  25  it, but I'd like to, if we can, do it tomorrow if it's -- but

| | | |
|---|---|---|
| 04:48PM | 1 | these are tough decisions the defense has to make.  And |
| 04:48PM | 2 | obviously, we thought it would go -- at least, I thought it |
| 04:48PM | 3 | would probably go through tomorrow.  I know you kept saying it |
| 04:48PM | 4 | would be over Monday afternoon -- or Thursday afternoon, I |
| 04:49PM | 5 | think your original statement was.  Well, let's take one day |
| 04:49PM | 6 | at time. |
| 04:49PM | 7 | MR. FABIAN:  We were real close, Your Honor and if |
| 04:49PM | 8 | not for a couple of lengthy issues, we would have been done |
| 04:49PM | 9 | today. |
| 04:49PM | 10 | THE COURT:  I know that's true.  We do have the |
| 04:49PM | 11 | issues. |
| 04:49PM | 12 | MR. ROMANO:  Judge, just one final issue.  We still |
| 04:49PM | 13 | have not -- |
| 04:49PM | 14 | THE COURT:  By the way, when you go into a new area, |
| 04:49PM | 15 | Mr. Romano, the rules do change.  You're now going into new |
| 04:49PM | 16 | areas and leading witnesses is not usually permitted. |
| 04:49PM | 17 | MR. ROMANO:  Yes, Your Honor. |
| 04:49PM | 18 | THE COURT:  And I allowed you to testify about those |
| 04:49PM | 19 | scenes. |
| 04:49PM | 20 | MR. ROMANO:  Your Honor, if I may, just one last |
| 04:49PM | 21 | issue.  We have still not received the impeach materials of |
| 04:49PM | 22 | one of our witnesses, Joseph Hassett.  If we're expected to |
| 04:49PM | 23 | decide whether we're putting on a case over the next day or |
| 04:49PM | 24 | two, we need those materials. |
| 04:49PM | 25 | MR. MANGO:  Judge, we've provided, I believe, one or |

US v KRUG -- PROCEEDINGS -- 7/18/19
                                                                          38

04:49PM   1   two items.  They have some other items.  There's a few other

04:50PM   2   police reports we'll provide today, Judge.

04:50PM   3              MR. ROMANO:  All right.

04:50PM   4              THE COURT:  Thank you.

04:50PM   5   (Proceedings ended at 4:50 p.m.)

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1                    *    *    *    *    *    *    *

2

3              I certify that the foregoing is a

4         correct transcription of the proceedings

5         recorded by me in this matter.

6

7

8

9                              s/ Megan E. Pelka, RPR

10                             Court Reporter,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25